300 6510

2013 FEB 25 PM 3: 10

ROBERT N. TRGOVICH
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DELRICO L. ROUSSEAU,           )
                               )
        Plaintiff,             )
                               )
    vs.                        )
                               ) CAUSE NO. 3:13CV 135
                               )
                               )
                               )
GARRED TRANSPORT, INC.         )
513 WEST PRATT STREET          )
HEBRON, IN 46341               )
                               )
        Defendants.            )

## COMPLAINT FOR DAMAGES FOR DEPRIVATION OF CIVIL RIGHTS

Plaintiff alleges:

### Introduction

1. Plaintiff Delrico L. Rousseau brings this action against **Garred Transport, Inc.** for damages arising out of the wrongful termination of said plaintiff from employment with the same, because he was disabled and under a doctors care at the time of said termination.

### Jurisdiction

2. Plaintiff brings this action against Defendants to redress the deprivation of rights secured by the Fourth, Fifth (right to due Process and equal protection), Eighth, and Fourteenth Amendments to the United States Constitution, 42 USC §1983 (jurisdiction).

3. 28 USC §1331, which provides that anyone stating facts raising a federal cause of action has the right to file in the district courts a civil action stating claims arising under the Constitution, laws, or treaties of the United States.

4. 28 USC §1343, which provides a federal court forum in which citizens may seek redress from the deprivation of rights, privileges and immunities under color of state law.

5. Civil Rights Act, 42 USC §1983, that provides a federal remedy to anyone suffering from violations of his civil rights perpetrated under color of state law.

6. Conspiracy to interfere with civil rights, 42 USC §1985, based upon the conspiracy by the Defendants that violated Plaintiff's civil rights.

7. Action for neglect to prevent conspiracy, 42 USC §1986, which provides for damages from those Defendants who had knowledge of the violation of Plaintiffs' civil rights, who had the duty and the ability to prevent or aid in the prevention of them, and who failed to perform that duty.

8. Plaintiff is a citizen of Indiana.

9. Each Defendant is, upon information and belief, a citizen of Indiana.

10. Venue is proper in this District pursuant to 28 USC §1391.

11. Defendant company is being sued in their official capacity.

12. At all pertinent times, Defendants acted under color of law, of a statute, ordinance, regulation, custom, or usage.

## Facts

13. Plaintiff was employed by Garred Transport, Inc. on September 7, 2012 and was under a doctors care for injuries sustained while working for defendants. While under said doctors care the Defendants fired the plaintiff from employment because of said disabilities.

## COUNT I: VIOLATION OF CONSTITUTIONAL RIGHTS
### Claim For Compensatory and Punitive Damages

14. Plaintiff incorporates by reference Paragraphs 1 through 13.

15. Plaintiff's constitutional rights were violated under 42 U.S.C.Sec.1983 and Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA)

## RELIEF REQUESTED

WHEREFORE, Plaintiff demands a jury trial and judgment and damages against the Defendants, jointly, as follows:

(1) For declaratory judgment declaring that Defendants have engaged in a pattern or practice of depriving persons of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, in violation of 42 USC §1983 and Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA);

(2) For compensatory damages together with interest;

(3) For exemplary or punitive and treble damages in an amount to be determined at trial;

(4) For attorneys fees;

(5) For the cost of this action; and

(6) For such other and further relief as the Court may deem appropriate.

**PLAINTIFF DEMANDS TRIAL BY JURY**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury.

Respectfully submitted,

Arvil R. Howe (7983-71)
502 West Washington Avenue
South Bend, Indiana 46601
Telephone: (574) 232-9995, Ext. 219
Attorney for Plaintiff