UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DELRICO L ROUSSEAU | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:13-CV-135 WCL |
| | ) | |
| GARRED TRANSPORT INC | ) | |
| | ) | |

## ORDER

This cause is before the court on the Notice issued by Magistrate Judge Christopher A. Nuechterlein, indicating that the discovery deadline has now passed, and there are no pending non-dispositive motions, and accordingly, the referral of the case to Magistrate Judge Christopher A. Nuechterlein is terminated.

This cause is hereby referred to Magistrate Judge Roger B. Cosbey for determination, by any means necessary and appropriate, of all non-dispositive matters pursuant to 28 U.S.C. §636(b)(1)(A) and N. D. Ind. L.R. 72-1(b).

Enter: January 2, 2014

 s/William C. Lee
William C. Lee, Judge
United States District Court